

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 11-125-BLG-SPW |
| --- | --- |
| Plaintiff/Respondent, | CV 16-079-BLG-SPW |
| vs. | ORDER DENYING § 2255 MOTION AND DENYING CERTIFICATE OF APPEALABILITY |
| ANTHONY ALEX ROLL, | |
| Defendant/Movant. | |

This case comes before the Court on Defendant Roll's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. Roll is a federal prisoner proceeding pro se.

Roll contends he is entitled to relief because the Supreme Court's decision in *Johnson v. United States*, __ U.S. __, 135 S. Ct. at 2551 (2015), renders 18 U.S.C. § 924(c)(3)(B) unconstitutionally vague. *See* Mot. § 2255 (Doc. 61) at 1 ¶ 1(b), 4, 6; Br. in Supp. (Doc. 62) at 1, 6.

In this action, No. CR 11-125-BLG-SPW, Roll was not convicted or sentenced under 18 U.S.C. § 924(c). *See* Indictment (Doc. 1) at 1-7; Minutes (Doc. 40); Judgment (Doc. 53) at 1-2. His § 2255 motion is inapposite.

A certificate of appealability is not warranted as Roll has made no showing in this case that he was deprived of a constitutional right. *See* 28 U.S.C. §

1

2253(c)(2). Roll's motion for the appointment of counsel (Doc. 61-1) need not be addressed. *See* 18 U.S.C. § 3006A(a)(2)(B).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Roll's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 61) is DENIED;

2. The motion for appointment of counsel (Doc. 61-1) is MOOT;

3. A certificate of appealability is DENIED on all issues;

4. The Clerk of Court shall ensure that all pending motions in this case and in CV 16-79-BLG-SPW are terminated and shall close the civil file by entering a judgment in favor of the United States and against Roll.

DATED this 1st day of August, 2017.

Susan P. Watters
United States District Court